No. 98–6065. LOPEZ *v.* SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. Sup. Ct. Fla. Motion of petitioner to strike the appendix and portions of the brief in opposition denied. Certiorari denied.